IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ALLEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>　　　　Defendants | No. C-03-1459 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The Court, having read and considered the parties' Joint Subsequent Case Management Statement filed June 17, 2005, hereby CONTINUES the Case Management Conference from June 24, 2005 to May 20, 2006 at 10:30 a.m.  If the parties are prepared to proceed before that date, they may seek to advance the matter by way of a stipulation and proposed order.

　　　　**IT IS SO ORDERED.**

Dated: June 22, 2005

　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge