1  **HOLLISTER & BRACE, P.C.**
   **Bradford F. Ginder (Bar No. 65929)**
2  **Marcus S. Bird (Bar No. 147463)**
   1126 Santa Barbara Street
3  Santa Barbara, California  93101
   Telephone: (805) 963-6711
4  Facsimile: (805) 965-0329

5
   Attorneys for Plaintiffs
6
   **BINGHAM MCCUTCHEN LLP**
7  **Melissa Brown (Bar No. 203307)**
   Three Embarcadero Center
8  San Francisco, CA  94111-4067
   Telephone:  (415) 393-2000
9  Facsimile:  (415) 393-2286

10 **BINGHAM MCCUTCHEN LLP**
   **S. Elaine McChesney (pro hac vice)**
11 150 Federal Street
   Boston, MA 02110
12 Telephone:  (617) 951-8501
   Facsimile:  (617) 951-8736
13
   Attorneys for Defendants
14

                  UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
                         SOUTHERN DIVISION
16

17 |                                                  ) USDC NO. C 03-1459
   Damon Allen, Zak Ammirato, James Greenfield,      )
18 Michael McGee and Mark Madden; Individually and   )
   on Behalf of All Others Similarly Situated,       ) **[PROPOSED] ORDER SCHEDULING**
19                                                   ) **STATUS CONFERENCE**
                  Plaintiffs,                         ) **REGARDING VOLUNTARY**
20 v.                                                ) **DISMISSAL**
21                                                   )
   FleetBoston Financial Corporation, Robertson      )
22 Stephens, Inc., and Robertson Stephens Group, Inc.,)
                                                     )
23               Defendants.                          )
                                                     )
24                                                   )
                                                     )
25

26

27

28

[PROPOSED] ORDER SCHEDULING STATUS CONFERENCE REGARDING VOLUNTARY DISMISSAL
LITDOCS/633633.1

Pursuant to Paragraph 6 of the Standing Order for Civil Cases Assigned to the Honorable Maxine M. Chesney, issued April 20, 2005, and Local Rule 7-11, Plaintiffs Damon Allen, Zak Ammirato, James Greenfield, Michael McGee and Mark Madden (collectively "Plaintiffs"), on the one hand, and Defendants FleetBoston Financial Corporation ("FBF"), Robertson Stephens, Inc. ("RSI"), and Robertson Stephens Group, Inc. ("RSGI") (collectively "Defendants"), on the other hand, hereby stipulate to the following request:

- that a Status Conference be specially set for March 17, 2006 at 10:30 a.m., or such other time as the Court may order; and
- that the parties be permitted to appear by telephone.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2006

_____
Hon. Maxine M. Chesney

[PROPOSED] ORDER SCHEDULING STATUS CONFERENCE REGARDING VOLUNTARY DISMISSAL
LITDOCS/633633.1