1  BRADFORD F. GINDER (St. Bar No. 065929)
2  MARCUS S. BIRD (St. Bar No. 147463)
   HOLLISTER & BRACE
3  A Professional Corporation
   1126 Santa Barbara Street
4  Post Office Box 630
   Santa Barbara, CA 93102
5  Telephone:   (805) 963-6711
   Facsimile:   (805) 965-0329
6  E-Mail:      bginder@hbsb.com
7               msbird@hbsb.com
   Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Damon Allen, Zak Ammirato, James Greenfield, Michael McGee and Mark Madden; Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>FleetBoston Financial Corporation, et al.<br><br>　　　　　　　Defendants. | USDC No. C 03-1459 MMC<br><br>[PROPOSED] **ORDER OF**<br><br>**DISMISSAL**<br><br><br><br>**JUDGE: Hon. Maxine M. Chesney** |

Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned matter is voluntarily dismissed with the parties to bear their own costs and fees. Such dismissal shall be with prejudice only with respect to the named plaintiffs.

This dismissal is not intended to prejudice or affect any rights of any putative class members in the uncertified class. The rights and claims of the uncertified putative class, which have been tolled through operation of law, *see American Pipe & Construction Co. v. Utah*, 414 U.S. 538, 553-554, 38 L. Ed. 2d 713, 94 S. Ct. 756 (1974), are unaffected by this dismissal. *See also*, *Aikens v. Deluxe Fin. Servs.*, 2005 U.S. Dist. LEXIS 8079 at * 16 (D. Kan., 2005)

[PROPOSED] ORDER OF DISMISSAL – Page 1 of 2

1  (approving voluntary dismissal of uncertified class and noting the absence of prejudice to the
2  putative class because, among other reasons, "[i]t is undisputed that claims of the putative class
3  are tolled during pendency of the class certification.").
4
5      PURSUANT TO PLAINTIFFS' NOTICE IT IS SO ORDERED.
6
7  Dated: March __17__, 2006         _____
8                                    Hon. Maxine M. Chesney

[PROPOSED] ORDER OF DISMISSAL – Page 2 of 2