```
 1  BRADFORD F. GINDER (St. Bar No. 065929)
    MARCUS S. BIRD (St. Bar No. 147463)
 2  HOLLISTER & BRACE
    A Professional Corporation
 3  1126 Santa Barbara Street
 4  Post Office Box 630
    Santa Barbara, CA 93102
 5  Telephone:   (805) 963-6711
    Facsimile:   (805) 965-0329
 6  E-Mail:      bginder@hbsb.com
 7               msbird@hbsb.com
    Attorneys for Plaintiffs
```

E-filing

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Damon Allen, Zak Ammirato, James Greenfield, Michael McGee and Mark Madden; Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br>v.<br><br>FleetBoston Financial Corporation, et al.<br><br>            Defendants. | USDC No. C 03-1459 MMC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>**JUDGE: Hon. Maxine M. Chesney** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, Damon Allen, Zak Ammirato, James Greenfield, Michael McGee and Mark Madden (collectively "Plaintiffs") are voluntarily dismissing the above-captioned matter with the parties to bear their own costs and fees. This dismissal is proper because no adverse party has served an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a). Federal Rule of Civil Procedure 23(e) is not implicated because no class has been certified. *See* Fed. R. Civ. P. 23(e).

///

///

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL – Page 1 of 2

1    Such dismissal of the claims shall be with prejudice only with respect to the named plaintiffs.
2    This dismissal is not intended to prejudice or affect any rights of any putative class members in the
3    uncertified class.

4

5    Dated: March 13, 2006                     HOLLISTER & BRACE
6                                              A Professional Corporation

7
8                                              By _____
                                                  Bradford F. Ginder
9                                                 Marcus S. Bird
                                                  Attorneys for Plaintiffs
10                                                Damon Allen, Zak Ammirato, James
                                                  Greenfield, Michael McGee and
11                                                Mark Madden

12
13
14
15
16                                             
                                               IT IS SO ORDERED
17
18
19                                             Date: MAR 17 2006
20
21
22
23
24
25
26
27
28